CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 19 2014
BY_____ ARTHUR JOHNSTON DEPUTY

CITY: __LAUREL__

COUNTY: __JONES__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT __X__   DOCKET # __2:14CR16KS-MTP__
SAME DEFENDANT __X__   NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER __2:14MJ1__
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS: ____LORENA GOMEZ____

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: __✗__ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/17/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/17/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __3__   ____ PETTY   ____ MISDEMEANOR   __3__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 1&2 |
| Set 2  __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: __2/8/14__   SIGNATURE OF AUSA: _/s/ Annette Williams_

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 19 2014
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: __LAUREL__

COUNTY: __JONES__

**RELATED CASE INFORMATION**
SUPERSEDING INDICTMENT __X__   DOCKET # 2:14CR16KS-MTP
SAME DEFENDANT __X__   NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER __2:14MJ3__
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES __X__ NO

MATTER TO BE SEALED: ___ YES __X__ NO

NAME/ALIAS: ___JOSE MARTELL RIVERA A/K/A CARLOS___

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: ___ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/17/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/17/14__
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __3__   ___ PETTY   ___ MISDEMEANOR   __3__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 1&2 |
| Set 2 __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: _____   **SIGNATURE OF AUSA**: _[signature]_

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: _JONES__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__   DOCKET # 2:14CR16KS-MTP
SAME DEFENDANT _____   NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

*[FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, FEB 19 2014, ARTHUR JOHNSTON, DEPUTY]*

DEFENDANT INFORMATION:

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS: ____YOLANDA JEAN PERKINS____

U.S. ATTORNEY INFORMATION:

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: __X__ NO ____ YES   LIST LANGUAGE AND/OR DIALECT: _____

LOCATION STATUS:   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

U.S.C. CITATIONS

TOTAL # OF COUNTS: __3__   _____PETTY   _____MISDEMEANOR   __3__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 1&2 |
| Set 2  __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: __2/8/14__   SIGNATURE OF AUSA: *Annette Williams*

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: _JONES__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _X_____  DOCKET # _2:14CR16KS-MTP_
SAME DEFENDANT _____  NEW DEFENDANT ___X_____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

*[FILED STAMP: SOUTHERN DISTRICT OF MISSISSIPPI, FEB 19 2014, ARTHUR JOHNSTON DEPUTY]*

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X___ NO

MATTER TO BE SEALED: _____ YES __X___ NO

NAME/ALIAS:   ____DEBORAH PAYTON STEWART_____

**U.S. ATTORNEY INFORMATION:**

AUSA  _ANNETTE WILLIAMS_____   BAR #____9641__

INTERPRETER:  _X___ NO ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __3____   _____PETTY   _____MISDEMEANOR   ___3____ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  __18:1028A.F_____ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 1&2 |
| Set 2  __18:1028A.F_____ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: _2/8/14_        SIGNATURE OF AUSA: *[signature: Annette Williams]*

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

*SOUTHERN DISTRICT OF MISSISSIPPI FILED FEB 19 2014 ARTHUR JOHNSTON DEPUTY BY____*

CITY: __LAUREL__

COUNTY: __JONES__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT __X__   DOCKET # 2:14CR16KS-MTP
SAME DEFENDANT _____ NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER __2:14MJ4__
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS:   __SOLOMON ROBOLLAR-OSORIO__

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER:   ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/21/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__   _____ PETTY   _____ MISDEMEANOR   __2__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | __2__ |
| Set 2  __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | __3__ |

Date: __3/8/14__   SIGNATURE OF AUSA: *Annette Williams*

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: __JONES__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__   DOCKET # __2:14CR16KS-MTP__
SAME DEFENDANT _____   NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER __2:14MJ4__
R 20/ R 40 FROM DISTRICT OF _____

[FILED FEB 19 2014 SOUTHERN DISTRICT OF MISSISSIPPI, ARTHUR JOHNSTON, DEPUTY]

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: ____ARTURO ROBOLLAR-OSORIO____

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/21/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__   ____ PETTY   ____ MISDEMEANOR   __2__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 2 |
| Set 2 __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: 2/8/2014        SIGNATURE OF AUSA __Annette Williams__

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 19 2014
ARTHUR JOHNSTON    DEPUTY

CITY: __LAUREL__

COUNTY: __JONES__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__   DOCKET # __2:14CR16KS-MTP__
SAME DEFENDANT _____   NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER __2:14MJ4__
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __JORGE BARRAGAN-MUNGUIA__

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/21/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__   ____ PETTY   ____ MISDEMEANOR   __2__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 2 |
| Set 2 __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: __2/8/14__   SIGNATURE OF AUSA: _Annette Williams_

Revised 2/26/2010

**CRIMINAL CASE COVER SHEET**
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: __JONES__

**RELATED CASE INFORMATION**
SUPERSEDING INDICTMENT __X__   DOCKET # 2:14CR16KS-MTP
SAME DEFENDANT _____ NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER 2:14MJ4
R 20/ R 40 FROM DISTRICT OF _____

*[FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, FEB 19 2014, ARTHUR JOHNSTON, DEPUTY]*

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __DANIEL CARDENAS__

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/21/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__   ____ PETTY   ____ MISDEMEANOR   __2__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:1028A.F | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 2 |
| Set 2   18:1028A.F | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: 2/8/2014   SIGNATURE OF AUSA: *Annette Williams*

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: __JONES__

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT __X__   DOCKET # __2:14CR16KS-MTP__
SAME DEFENDANT _____ NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER __2:14MJ4__
R 20/ R 40 FROM DISTRICT OF _____

[FILED STAMP: SOUTHERN DISTRICT OF MISSISSIPPI FILED FEB 19 2014 ARTHUR JOHNSTON DEPUTY]

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS:     __JAVIER GUITERREZ-PULIDO__

**U.S. ATTORNEY INFORMATION:**

AUSA  __ANNETTE WILLIAMS__    BAR # __9641__

INTERPRETER:  ___ NO  _X_ YES  LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE ___1/21/14___

__X__ ALREADY IN FEDERAL CUSTODY AS OF ___1/21/14___
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__    ____ PETTY   ____ MISDEMEANOR   __2__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 2 |
| Set 2  __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: __2/8/2014__        SIGNATURE OF AUSA: _Annette Williams_

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: __JONES__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__   DOCKET # 2:14CR16KS-MTP
SAME DEFENDANT _____   NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER 2:14MJ4
R 20/ R 40 FROM DISTRICT OF _____

*[FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, FEB 19 2014, ARTHUR JOHNSTON, DEPUTY]*

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS:     JOSE MORENO-VARGAS

**U.S. ATTORNEY INFORMATION:**

AUSA   ANNETTE WILLIAMS       BAR # __9641__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/21/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__   ____ PETTY   ____ MISDEMEANOR   __2__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:1028A.F | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 2 |
| Set 2   18:1028A.F | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: 2/8/14      SIGNATURE OF AUSA: *Annette Williams*

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: _JONES_

RELATED CASE INFORMATION
SUPERSEDING INDICTMENT __X__   DOCKET # _2:14CR16KS-MTP_
SAME DEFENDANT _____   NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER _2:14MJ4_
R 20/ R 40 FROM DISTRICT OF _____

*FILED SOUTHERN DISTRICT OF MISSISSIPPI FEB 19 2014 ARTHUR JOHNSTON BY___ DEPUTY*

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: ____JOSE MORENO-CHAVEZ____


**U.S. ATTORNEY INFORMATION:**

AUSA _ANNETTE WILLIAMS_     BAR # __9641__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF ____1/21/14____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__   ____ PETTY   ____ MISDEMEANOR   __2__ FELONY


| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 2 |
| Set 2 __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: 2/8/2014      SIGNATURE OF AUSA: *Annette Williams*

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: __JONES__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__   DOCKET # __2:14CR16KS-MTP__
SAME DEFENDANT _____ NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER __2:14MJ4__
R 20/ R 40 FROM DISTRICT OF _____

*SOUTHERN DISTRICT OF MISSISSIPPI FILED FEB 19 2014 ARTHUR JOHNSTON DEPUTY*

DEFENDANT INFORMATION:

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS: ____JUAN CHAVEZ-MORFIN____

U.S. ATTORNEY INFORMATION:

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

LOCATION STATUS:   ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/21/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

U.S.C. CITATIONS

TOTAL # OF COUNTS: __2__   ____ PETTY   ____ MISDEMEANOR   __2__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | __2__ |
| Set 2 __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | __3__ |

Date: 2/8/14   SIGNATURE OF AUSA: *Annette Williams*

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: __JONES__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__   DOCKET # __2:14CR16KS-MTP__
SAME DEFENDANT _____ NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER __2:14MJ4__
R 20/ R 40 FROM DISTRICT OF _____

*[FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, FEB 19 2014, ARTHUR JOHNSTON, DEPUTY]*

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS:    __JOEL CABALLERO__

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__   BAR # __9641__

INTERPRETER: ____ NO __X__ YES   LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**   ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/21/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__   ____ PETTY   ____ MISDEMEANOR   __2__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 2 |
| Set 2  __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: __2/8/14__       SIGNATURE OF AUSA: *[signature: Annette Williams]*

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: _JONES_

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 2:14CR6KSMTP
SAME DEFENDANT _____ NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER 2:14MJ4_____
R 20/ R 40 FROM DISTRICT OF _____

*[FILED stamp: SOUTHERN DISTRICT OF MISSISSIPPI, FEB 19 2014, ARTHUR JOHNSTON, BY ____ DEPUTY]*

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS: _JESUS ALVAREZ_____

**U.S. ATTORNEY INFORMATION:**

AUSA  _ANNETTE WILLIAMS_    BAR # __9641__

INTERPRETER: ____ NO _X_ YES  LIST LANGUAGE AND/OR DIALECT: _SPANISH_____

**LOCATION STATUS:**     ARREST DATE ___1/21/14_

_X_ ALREADY IN FEDERAL CUSTODY AS OF ____1/21/14_____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__    _____ PETTY   _____ MISDEMEANOR    __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:1028A.F | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 1 |
| Set 2 | | | |
| Set 3 | | | |

Date: _____     SIGNATURE OF AUSA: _[signature]_

Revised 2/26/2010

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __LAUREL__

COUNTY: __JONES__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__ DOCKET # __2:14CR16KS-MTP__
SAME DEFENDANT _____ NEW DEFENDANT __X__
MAGISTRATE JUDGE CASE NUMBER __2:14MJ4__
R 20/ R 40 FROM DISTRICT OF _____

*SOUTHERN DISTRICT OF MISSISSIPPI FILED FEB 19 2014 ARTHUR JOHNSTON DEPUTY*

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES __X__ NO

MATTER TO BE SEALED: _____ YES __X__ NO

NAME/ALIAS: __JOET ALVERDIN-HERNANDEZ__

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__  BAR # __9641__

INTERPRETER: _____ NO __X__ YES  LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:**  ARREST DATE __1/21/14__

__X__ ALREADY IN FEDERAL CUSTODY AS OF __1/21/14__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __2__  _____ PETTY  _____ MISDEMEANOR  __2__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1028A.F__ | 18 USC § 1028(F) | CONSPIRACY TO COMMIT ID THEFT | 2 |
| Set 2 __18:1028A.F__ | 18 USC § 1028(A)(7) | ID THEFT | 3 |

Date: __2/8/14__   SIGNATURE OF AUSA: *Annette Williams*

Revised 2/26/2010